701 A.2d 1359

Wayne O. AULTMAN, Jr., Appellant,

v.

DEPARTMENT OF CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

Nov. 19, 1997.

## ORDER

PER CURIAM.

AND NOW, this 19th day of November, 1997, the order of the Commonwealth Court is AFFIRMED.